## Perrin, Appellant, *v.* Howard et al.

Argued September 22, 1970. *Thomas F. McDevitt,* for appellant; *William Brodsky,* for intervening appellees.

Appeal quashed.

## Petroskey Unemployment Compensation Case.

Argued September 17, 1970. *William Petroskey,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.